```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16093
   EDUARDO M BALAGTAS
   MARILYN BALAGTAS                         CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7982    SSN XXX-XX-7035
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/06/06 and confirmed on 04/27/07.

2. The case was dismissed after confirmation, 12/05/2008.

3. The Debtor paid a total of $  7500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AA CREDIT UNION | CURRENT MORTG | .00 | .00 | .00 |
| AA CREDIT UNION | SECURED | .00 | .00 | .00 |
| AMERICAN AIRLINES CU | MORTGAGE ARRE | 1100.00 | .00 | 1100.00 |
| AMERICAN AIRLINES CU | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2979.17 | .00 | 305.59 |
| AMERICAN AIRLINES CU | UNSECURED | 2904.76 | .00 | 297.96 |
| AMERICAN AIRLINES CU | UNSECURED | 7498.96 | .00 | 769.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13821.63 | .00 | 1417.78 |
| CAPITAL ONE BANK | UNSECURED | 2841.49 | .00 | 291.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3739.03 | .00 | 383.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1173.11 | .00 | 120.34 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 2368.31 | .00 | 242.95 |
| ECAST SETTLEMENT CORP | UNSECURED | 877.41 | .00 | 90.02 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 671.12 | .00 | 68.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 559.99 | .00 | 57.44 |
| ROUNDUP FUNDING LLC | UNSECURED | 652.95 | .00 | 66.97 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2893.32 | .00 | 296.79 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERMS LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 1091.96 | .00 | 112.02 |
| CAPITAL ONE BANK | UNSECURED | 480.29 | .00 | 49.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 379.65 | .00 | 38.93 |

            Summary of disbursements:
---

```
                    SECURED     PRIORITY    UNSECURED          OTHER          TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   1100.00          .00    44933.15            .00       46033.15
PRINCIPAL PAID       1100.00          .00     4609.07            .00        5709.07
INTEREST PAID            .00          .00         .00            .00             .00
TOTAL PAID           1100.00          .00     4609.07            .00        5709.07
```

The Debtor's attorney, GREGORY J MARTUCCI              , was allowed $   2500.00
and was paid $    1000.00   direct and $    1500.00   through the plan.

The Trustee received $     290.93 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE